IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| STEPHEN SALVADOR OCHOA, | § | |
| --- | --- | --- |
| Plaintiff, | § | |
| v. | § | 2:16-CV-212-D |
| ANA ESTEVEZ, MEREDITH PINKHAM, | § | |
| Defendants. | § | |

**ORDER**

After making an independent review of the pleadings, files, and records in this case and the June 4, 2019 findings, conclusions, and recommendation of the magistrate judge, the court concludes the magistrate judge's findings and conclusions are correct. The recommendation of the magistrate judge is adopted, and this action is dismissed with prejudice by judgment filed today.

**SO ORDERED**.

July 8, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE